Submitted on record and briefs May 6, reversed June 22, 2005

In the Matter of Freddie Lee Jenkins,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## FREDDIE LEE JENKINS,
*Appellant.*

04C-17276; A126120

114 P3d 538

Andrew P. Ositis filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Armstrong, Judge.

PER CURIAM

## PER CURIAM

Appellant challenges an order of involuntary commitment, arguing that the evidence submitted at the hearing did not establish, by clear and convincing evidence, that, because of a mental disorder, he is a danger to himself or to others. The state concedes that the record does not contain evidence sufficient to support the order of involuntary commitment. We accept the state's concession.

Reversed.